Robert F. MUNSCH, M.D.,
Plaintiff/Appellant,

v.

James L. LEMON, John C. Lemon, and Lemon–Gonzalez, L.L.P., Defendants/Respondents.

No. ED 80622.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 8, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 14, 2003.

Application for Transfer Denied March 4, 2003.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J., and KATHIANNE KNAUP CRANE, J.

*ORDER*

PER CURIAM.

Plaintiff appeals from the trial court's entry of summary judgment in defendants' favor on plaintiff's claim for malicious prosecution. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).